**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Robert Darin CRUTE, a/k/a Kenneth R. Griffin, Defendant— Appellant.**

**No. 08–8608.**

United States Court of Appeals, Fourth Circuit.

Submitted: March 17, 2009.

Decided: March 24, 2009.

Robert Darin Crute, Appellant Pro Se. Sherrie Scott Capotosto, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

Before TRAXLER, KING, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Darin Crute appeals from the district court's orders denying his motion to reduce his sentence under 18 U.S.C. § 3582(c)(2) (2006) and motion to reconsider. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Crute*, No. 2:93–cr–00092–1 (E.D. Va. Dec. 2, 2008 & Aug. 8, 2008). We dispense with oral ar-

gument as the facts and legal contentions are adequately addressed in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*